[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 18-14570
Non-Argument Calendar

_____

D.C. Docket No. 6:18-cr-00071-PGB-TBS-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

WESLEY KENNETH McVAY,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(May 22, 2019)

Before WILSON, JORDAN and HULL, Circuit Judges.

PER CURIAM:

Conrad Kahn, appointed counsel for Wesley McVay in this direct criminal

appeal, has moved to withdraw from further representation of the appellant and

filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and McVay's conviction and sentence are **AFFIRMED**.